UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ARTHER CLEVELAND,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD SCOTT OWENS,<br><br>    Respondent. | No. 2:14-cv-01528 AC P<br><br><br>ORDER |

    Petitioner, a former state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF Nos. 1, 2. Based on petitioner's current address which indicates that he is no longer incarcerated, the court is unable to determine whether plaintiff is indigent and unable to pay the filing fees for the present action. Therefore, petitioner will be provided an opportunity to update his financial status by submitting a fully completed application to proceed in forma pauperis by a non-prisoner.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Petitioner's request to proceed in forma pauperis (ECF No.2) is denied without prejudice;

    2. The Clerk of the Court shall provide petitioner with another copy of the in forma pauperis application used by this court for non-prisoners; and

    3. Petitioner shall submit, within thirty days from the date of this order, a fully completed

1

in forma pauperis application. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: July 9, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE